# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:02mj154

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| LLOYD MICHAEL BANNER. | ) |
| _____ | ) |

**THIS MATTER** is before the court upon the government's Motion to Dismiss. Having considered the government's Motion to Dismiss and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#10) is **GRANTED,** and the Bill of Information in this matter is DISMISSED WITHOUT PREJUDICE.

Signed: January 14, 2010

Dennis L. Howell
United States Magistrate Judge